No. 96–5804. HOOPER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5807. HILL v. CITY & STATE FACTORS, INC. C. A. 11th Cir. Certiorari denied.

No. 96–5809. SMITH v. KEANE, SUPERINTENDENT, SING .SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5811. O'BRIEN v. EMPLOYMENT APPEAL BOARD ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 96–5816. BROWN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 96–5817. OWUSU v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 96–5819. SMITH v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 96–5824. WILLIAMS v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5827. ELLISON v. MITCHELL, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5832. HERLOSKI v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5836. HOLLAR v. MYERS ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5837. BURNETT v. WOODS ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5838. UMAR v. MCVEA ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5839. CARL v. WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.